IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LOUIS ASHE & CAROLYN ASHE | * |
| Plaintiffs | * |
| vs. | *Civil Action No. L-01-CV-2650 |
| BALTIMORE COUNTY GOVERNMENT | * |
| Defendant | * |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES PLAINTIFFS, by and through their undersigned counsel, who files this Notice of Dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure to dismiss the above-captioned action against Defendant, Baltimore County Government without prejudice.

Respectfully submitted,

Claudia Barber
Attorney for Plaintiffs
Laurel Lakes Executive Park
8325 Cherry Lane
Laurel, MD 20707
(301) 953-2905

CERTIFICAE OF SERVICE

I HEREBY certify that on this 5th day of September, 2001, I served by first-class mail a copy of the foregoing Notice of Voluntary Dismissal without prejudice on counsel for defendant: John Beverungen, Esquire; Baltimore County Office of Law; 400 Washington Avenue; Towson, Maryland 21204

CLAUDIA BARBER, ESQUIRE

DENIED THIS 11TH DAY OF Sept., 2001

BENSON EVERETT LEGG, U.S.D.J.