UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**Chambers of**
**BENSON EVERETT LEGG**
United States District Judge

2001 SEP 13 P 2: 26

September 12, 2001

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

MEMORANDUM TO COUNSEL RE:   Louis Ashe, et al. v.
                             Baltimore County Government
                             Civil #L-01-2650

Dear Counsel:

I am in receipt of plaintiffs' notice of voluntary dismissal without prejudice. An answer and counterclaim have been filed in this case. Accordingly, the case will proceed. Enclosed is a Scheduling Order.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file

