IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LOUIS E. ASHE, et al.          :

v.                             :      CIVIL NO. L-01-2650

BALTIMORE COUNTY               :

## ORDER

A telephone conference on Plaintiff's Motion to Remand is hereby scheduled for February 7, 2002, at 3:00 p.m. One of counsel is directed to initiate the conference call. At the conference, counsel should be prepared to address the following questions:

(i)   Was defense counsel present at the Temporary Injunction hearing held on July 31, 2001? If not, when did defense counsel learn of the hearing and the July 31, 2001 Order?

(ii)  Plaintiff cites Link Telecommunications v. Sapperstein, 119 F. Supp.2d 536 (D. M.D. 2000), in support of the argument that the July 31, 2001 Court Order constituted an "order or other paper" under 28 U.S.C. 1446(b). How does defense counsel respond?

(iii) What is the effect of remanding Plaintiff's federal constitutional law claims to the Circuit Court for Baltimore County?

It is so ORDERED this 29th day of January, 2002.

Benson Everett Legg
United States District Judge